**Brandon ROBERTS, Plaintiff–Appellant,**

v.

**Christopher McKENZIE, CO II; Michael J. Stouffer, Commissioner; John Rowley, Former Warden; Justin Adam, CO II; Bradley Wilt, Lieutenant; Thomas Dorcun, CO II, Defendants–Appellees,**

and

**John Doe 1; John Doe 2, CO II, Defendants.**

**No. 14–7412.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 27, 2015.

Decided: March 11, 2015.

Brandon Roberts, Appellant Pro Se. Dorianne Avery Meloy, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

PER CURIAM:

Brandon Roberts appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion for relief from the district court's judgment dismissing his 42 U.S.C. § 1983 (2012) complaint. We have re-

viewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Roberts v. McKenzie,* No. 8:12–cv–02474–DKC (D.Md. Aug. 18, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*